United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 29, 2000**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 99-60755
Summary Calendar

MIN ZHONG,

Plaintiff-Appellant,

versus

TALLAHATCHIE GENERAL HOSPITAL; ET AL.,

Defendants.

TALLAHATCHIE GENERAL HOSPITAL;
EXTENDED CARE FACILITY,

Defendants-Appellees.

Appeal from the United States District Court
for the Northern District of Mississippi
2:98-CV-44-JAD

August 29, 2000

Before POLITZ, JOLLY, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion
should not be published and is not precedent except under the limited circumstances
set forth in 5TH CIR. R. 47.5.4.

Min Zhong appeals an adverse summary judgment in his complaint claiming national origin discrimination under Title VII of the Civil Rights Act of 1964,[1] disability discrimination under the Americans with Disabilities Act,[2] and violation of his rights under the Fair Labor Standards Act.[3]  Our review of the record and briefs persuades beyond peradventure that there was no error committed by the trial court.  Accordingly, on the facts as found, authorities cited, and analysis made by the trial court in its succinct but pointedly thorough Memorandum Opinion of September 28, 1999, the judgment appealed is AFFIRMED.

---

[1] 42 U.S.C. § 2000e-2(a)(1).

[2] 42 U.S.C. § 12112.

[3] 29 U.S.C. § 201 et seq.